UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              : Chapter 11
                                                    :
AMERICAN MORTGAGE ACCEPTANCE           : Case No. 10-
COMPANY,                                         :
                                                    :
           Debtor.                                :
                                                    :

---

## DECLARATION OF ROBERT L. LEVY
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Robert L. Levy, being duly sworn, deposes and says:

1. I am a director and the President and Chief Executive Officer of American Mortgage Acceptance Company (the "Debtor"). As such, I am familiar with the Debtor's operations, business and financial affairs.

2. I submit this affidavit pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge, information supplied by employees under my supervision, or my opinion based on experience, knowledge, and information concerning the operations of the Debtor. If I were called upon to testify, I would testify competently to the facts set forth herein.

3. The Debtor was formed in 1991 as a Massachusetts business trust, and elected to be treated as a real estate investment trust ("REIT") under the Internal Revenue Code of 1986, as amended. The Debtor is managed pursuant to an Advisory Services Agreement, by Centerline/AMAC Manager Inc.

4. The Debtor's business consists of investing in mortgage loans and other debt instruments secured by multifamily and commercial property throughout the United States. As

of December 31, 2007, the Debtor owned assets worth $666,399,000. The Debtor financed the purchase of these assets with, among other sources, monies borrowed through repurchase facilities and monies raised in the commercial real estate collateralized debt obligation ("CDO") market.

5. Beginning in 2007 and throughout 2008 and 2009, negative developments in the market for many types of mortgage products (including mortgage-backed securities) resulted in reduced liquidity for these types of financial assets. Widening credit spreads led to reduced values and the inability to find adequate financing for these assets. This resulted in an overall reduction in liquidity across the credit spectrum of mortgage products, presenting the Debtor with significant challenges in financing its business. As the credit markets declined, so did the CDO market, and the Debtor decided to temporarily suspend investment activity and not pursue a second CDO securitization. Throughout 2008 and 2009, the Debtor was able to repay approximately $135 million of secured debt to, among others, Citigroup and JP Morgan.

6. Due to the dramatic decline in asset values that occurred in 2008 and the necessary liquidation of assets to pay secured debt, as of the Petition Date the value of the Debtor's assets had fallen to approximately $7 million. The Debtor's only significant remaining Creditors are Taberna Preferred Funding I, Ltd. ("Taberna"), which is owed approximately $25 million, and C-III Capital Partners LLC ("C-III"), which is owed approximately $93 million by reason of the recent purchase of a promissory note held by Centerline. Prior to the commencement of the Debtor's case, the Debtor, Taberna and Centerline negotiated the terms of the Plan, which they believe will maximize the remaining value of the Debtor's assets. C-III, Taberna and Centerline have each agreed to support the terms of the Plan.

7. After careful consideration, the Debtor determined that a chapter 11 filing provides the most effective and efficient means to restructure its obligations, either through a consensual or otherwise confirmed chapter 11 plan.

8. This case was not originally commenced under chapter 7 or chapter 13 of the Bankruptcy Code, and no trustee has been appointed in the case.

9. No committee was organized prior to the order for relief in this case.

10. Pursuant to Local Rule 1007(a)(4), Schedule 1 hereto lists the following information with respect to each of the holders of unsecured claims against the Debtor: name, address, telephone number, name of person familiar with the Debtor's account, amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured.

11. There are no secured claims.

12. Pursuant to Local Rule 1007(a)(5), Schedule 2 hereto provides a summary of the Debtor's assets and liabilities.

13. Pursuant to Local Rule 1007(a)(7), Schedule 3 hereto provides a summary of the number and classes of shares of stock and other securities of the Debtor that are publicly held and the number of holders thereof, and lists any held by the Debtor's officers and directors and the amounts so held.

14. Pursuant to Local Rule 1007(a)(8), Schedule 4 hereto lists all of the Debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or agent for any such entity, and the name, address and telephone number of such entity.

15. The Debtor operates from 625 Madison Avenue, New York, New York 10022.

22123.000/510216.2

16. The Debtor's substantial assets and books and records are located at 625 Madison Avenue, New York, New York 10022. The Debtor does not hold any assets outside of the territorial limits of the United States.

17. There are no actions or proceedings, pending or threatened, against the Debtor or its property where a judgment against the Debtor or a seizure of its property may be imminent.

18. Pursuant to Local Rule 1007(a)(12), Schedule 5 hereto lists the names of the individuals who comprise the Debtor's existing senior management, their tenure with the Debtor, and a brief summary of their relevant responsibilities and experience.

19. The estimated amount of weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30 day period following the filing of the chapter 11 petition is $0.00.

20. The amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition to officers, stockholders, and directors is $0.00.

21. Pursuant to Local Rule 1007(b)(3), Schedule 6 hereto provides, for the 30 day period following the filing of the chapter 11 petition, the estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees.

The foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this ___ day of April, 2010, at New York, New York.

/s/ Robert L. Levy
Robert L. Levy

22123.000/510216.2

*Schedule 1*

| Creditor | Address | Phone # | Contact Name |
|---|---|---|---|
| C-III Capital Partners LLC | 717 Fifth Avenue, New York, NY 10022 | (212) 705-5000 | Brenda Mixon - Managing Director, Island Capital |
| Centerline/AMAC Manager Inc. | 625 Madison Ave., New York, NY 10022 | (212) 317-5712 | Robert L. Levy - President, COO & CFO, Centerline Capital Group |
| Centerline Servicing LLC | 625 Madison Ave., New York, NY 10022 | (212) 317-5712 | Robert L. Levy - President, COO & CFO, Centerline Capital Group |
| Centerline Holding Company | 625 Madison Ave., New York, NY 10022 | (212) 317-5712 | Robert L. Levy - President, COO & CFO, Centerline Capital Group |
| Taberna Preferred Funding I, Ltd. | 2929 Arch Street 17th Floor, Philadelphia, PA 19104 | (212) 243-9032 | Jack Salmon - Taberna Preferred Funding I, Ltd. |

## Schedule 2

| Asset Name | Type | Street | City | State | Zip Code | Face Value[1] | Current Value[2] |
|---|---|---|---|---|---|---|---|
| AMAC CDO I Equity LLC [3] | Membership Interest | N/A | N/A | N/A | N/A | $39,174,151.91 | $0.00 |
| AMAC Capital Financing I | Membership Interest | N/A | N/A | N/A | N/A | $0.00 | $0.00 |
| AMAC CDO I Advancing LLC | Membership Interest | N/A | N/A | N/A | N/A | $0.00 | $0.00 |
| Snowmass | Mezzanine Loan | Various | Snowmass Village | CO | 81615 | $27,753,893.00 | $0.00 |
| KEYC 2007-SL1 D | CMBS Bond | N/A | N/A | N/A | N/A | $4,750,000.00 | $1,148,691.87 |
| KEYC 2007-SL1 E | CMBS Bond | N/A | N/A | N/A | N/A | $2,079,000.00 | $320,335.57 |
| KEYC 2007-SL1 F | CMBS Bond | N/A | N/A | N/A | N/A | $1,781,000.00 | $211,679.22 |
| MLFT 2006-1 M | CMBS Bond | N/A | N/A | N/A | N/A | $9,996,875.00 | $894,778.47 |
| Bridgeport | Mezzanine Loan | 80 Granfield Avenue | Bridgeport | CT | 06610 | $1,110,000.00 | $439,624.55 |
| Bayfront Villas | Mezzanine Loan | 3209 58th Street | Gulfport | FL | 33707 | $2,800,000.00 | $0.00 |
| Club at Brazos | Mezzanine Loan | 3101 Vista Drive | Rosenberg, Fort Bend County | TX | 77471 | $2,523,000.00 | $0.00 |
| Pasadena | Mezzanine Loan | 1885 Shore Drive | South Pasadena | FL | 33707 | $8,350,000.00 | $0.00 |
| Marbella | Mezzanine Loan | Various | Clearwater | FL | 33737 | $5,561,560.00 | $0.00 |
| Westwood Apartments | B Note | 540 Paxville Road | Manning | SC | 29102 | $39,737.50 | $12,134.40 |
| Lincoln Apartments | B Note | 404 N. Witzel | Walterboro | SC | 29488 | $72,250.00 | $22,062.55 |
| Oakland Apartments | B Note | 1108 Cambridge Street | Abbeville | SC | 29620 | $18,056.95 | $5,513.94 |
| Connecticut Village Apartments | B Note | 404 E. Junior High Road | Gaffney | SC | 29340 | $136,000.00 | $41,529.50 |
| Raymonia Apartments | B Note | Route 3 | Vidalia | GA | 30475 | $72,250.00 | $22,062.55 |
| Westlake Apartments | B Note | 1900 Westlake Avenue | Savannah | GA | 31405 | $161,705.55 | $49,379.05 |
| | | | | | | $106,379,479.91 | $3,167,791.67 |

| Contingent Asset [4] | Type | | | | | Amount [5] | Current Value [2] |
|---|---|---|---|---|---|---|---|
| Westpointe receivable | Contingent receivable asset | | | | | $426,564.30 | $98,121.01 |
| Bridle Path receivable | Contingent receivable asset | | | | | $457,555.50 | $105,249.81 |
| | | | | | | $884,119.80 | $203,370.82 |

| Unrestricted Cash on Hand | Bank | Account # | | | | | Cash Balance [6] |
|---|---|---|---|---|---|---|---|
| AMERICAN MORTGAGE ACCEPTANCE COMPANY | Bank of America | 009421136222 | | | | | $2,591,508.19 |
| AMAC Trust Custodial Account | Wells Fargo | 53209700 | | | | | $355,159.62 |
| AMAC Capital Financing I | Bank of America | 009515554564 | | | | | $48,847.79 |
| AMAC Capital Financing I | Banc of America Securities | 22329132 | | | | | $0.00 |
| AMAC CREDIT FACILITY LLC | Bank of America | 009421135975 | | | | | $2.00 |
| AMAC CREDIT FACILITY LLC | Banc of America Securities | 22452287 | | | | | $0.00 |
| | | | | | | | $2,995,517.60 |

**Total Value of Assets**     **$6,366,680.09**

(1) Does not include accrued interest for assets that are not paying current
(2) Current value based on similar sales, third party marks and/or management's best estimates
(3) AMAC owns 100% membership interest in this entity which owns $26MM face value of Class P Preferred and $12MM of Class F shares in AMAC CDO I
(4) Receivable contingent on performance and/or repayment of mortgage loans associated with Bridle Path and Westpointe properties
(5) Reserved cash as of 4/21/10
(6) Cash as of 4/21/10, prior to $50k for legal fees paid on April 23, 2010

## Schedule 2

| Creditor | Liability Type | Amount of Claim |
|---|---|---|
| | **Asset Management Fees:** | |
| Centerline/AMAC Manager Inc. [1] | Asset management fee - June 2008 - Dec 2008 (none in 2009) | $455,181.00 |
| | **Accrued Servicing Fees:** | |
| Centerline Servicing LLC [2] | Accrued servicing fees for assets which are not paying interest | $69,709.19 |
| | **Accrued Interest on Senior Loan:** | |
| C-III Capital Partners LLC | Interest on default (Centerline) Jan 2008 - Dec 2009 | $6,724,471.53 |
| C-III Capital Partners LLC | Interest on CHC loan - November 2008 - Dec 2009 | $3,283,521.82 |
| | **Recurring Expense Reimbursements:** | |
| Centerline/AMAC Manager Inc. [1] | Public fund allocation (PFA) - 2007 through June 2009 | $2,476,538.54 |
| | **Principal Outstanding:** | |
| C-III Capital Partners LLC | Line of Credit | $79,876,500.00 |
| **Total Debt Owed to Centerline and Centerline Controlled Entities** | | **$92,885,922.08** |
| | **Principal Outstanding:** | |
| Taberna Preferred Funding I, Ltd. | Trust Preferred Securities owned by Taberna | $25,000,000.00 |
| | **Accrued Interest on Preferred Securities:** | |
| Taberna Preferred Funding I, Ltd. | Interest on accrued Taberna TruPS Jan 2008 - Dec 2009 | $1,501,148.98 |
| **Total Debt Owed to Taberna Preferred Funding I, Ltd.** | | **$26,501,148.98** |
| | **Contingent Liability** | |
| Centerline Holding Company | Valley View & Maple Ridge agency risk-share indemnity | $581,372.00 |
| **Total Liabilities** | | **$119,968,443.06** |

# Schedule 3

**Public Stock:**

| Class of Stock | Total Shares | # of Holders |
|---|---|---|
| Common Shares | 8,542,702 | 181 |
| Preferred Shares | 680,000 | 1 |

**Shares held by Officers & Directors:**

| Officer/Director | Total Shares | Class of Stock |
|---|---|---|
| Scott Mannes, Trustee | 26,324 | Common Shares |
| Stanely Perla, Trustee | 43,586 | Common Shares |
| Robert Levy, CEO & Trustee | 1,000 | Common Shares |

*Schedule 4*

None

# Schedule 5

The debtor is managed by Centerline/AMAC Manager Inc.. From November 2006 until recently, Marc D. Schnitzer was the CEO and Robert Levy was the CFO. On April 15th, 2010 Marc Schnitzer resigned as CEO. Robert Levy was appointed CEO of AMAC on April 22, 2010. In his capacity as CEO, Rob Levy is responsible for the executive management of the debtor. The day-to-day operations of the AMAC are controlled by Centerline/AMAC Manager Inc.

# Schedule 6

| Expectation In 30 Days After Filing: | Amount |
|---|---|
| Expected Cash Earned | $70,000 |
| Expected Cash Disbursements | $0 |
| Cash Gain/Loss | $0 |
| Obligations/Receivables Accruing | $0 |