# United States Bankruptcy Court
## Southern District of New York

In re   American Mortgage Acceptance Company
                                                        Debtor ,

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Aaron Levine<br>4628 Green Valley<br>FAIRFIELD, CA 94534 | Common | 15 | |
| Abrill Fam Limited Partnership<br>PO Box 1928<br>WIMBERLEY, TX 78676-6828 | Common | 500 | |
| Albert & Virginia L Borsos Tr<br>Albert & Virginia Borsos Rev<br>19 Trafalgar Lane<br>FAIRFIELD GLADE, TN 38558-7091 | Common | 629 | |
| Amac Treasury Account<br>150 Royall St<br>CANTON, MA 02021-1031 | Common | 40,000 | |
| Ann L Glorch Tr<br>Ann L Glorch Trust UA 08/04/89<br>Box 366<br>BARABOO, WI 53913 | Common | 500 | |
| Annette C Zettergren<br>19 Village Victoria Drive<br>GUILFORD, CT 06437-2162 | Common | 1,000 | |
| Ardis Braun<br>2946 Young Road<br>FILLMORE, CA 93015-9645 | Common | 500 | |
| Benjamin Noah Gevercer<br>220 River Acres Dr<br>SACRAMENTO, CA 95831-2921 | Common | 15 | |
| Bernice & Harman Fingerman &<br>Bernice Sinoff Trust UA9/19/88<br>3890 Nobel Dr, Unit 201<br>SAN DIEGO, CA 92122-5775 | Common | 179 | |
| Beth B Dabbs<br>8752 Aragon Lane<br>KNOXVILLE, TN 37923-5817 | Common | 750 | |

___15___ continuation sheets attached to List of Equity Security Holders

In re  American Mortgage Acceptance Company , Case No. _____
                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Betty L Farrar & Phillip T Farrar Jt Ten 104 Rosewood Dr. SHELBYVILLE, TN 37160-2122 | Common | 1,250 | |
| Betty L Mullan Rr 1 Box 374 WESTERNPORT, MD 21562 | Common | 1,000 | |
| Billy Cobb & Lillian E Cobb Jt Ten 1419 Caramel Circle HIXSON, TN 37343-1429 | Common | 390 | |
| Blanche B Phillips Tr UA 4/3/08 c/o Raymond James Financial 880 Carrillon Pkwy ST. PETERSBURG, FL 33733-2749 | Common | 250 | |
| Bobby J Copeland & Joan C Copeland Jt Ten 104 Claremont Rd OAK RIDGE, TN 37830-7114 | Common | 750 | |
| Bonnie D Conlan 5625 Canton Dr HOPKINSVILLE, KY 42240-8609 | Common | 250 | |
| Bruce R Hilditch 4104 France Avenue S EDINA, MN 55416-5017 | Common | 1,900 | |
| Cabrillo Clge Childrens Ctr Scholarsh Attn ECE Dept 6500 Soquel Dr. APTOS, CA 95003 | Common | 550 | |
| Carolyn Admas-Price 106 Dunbrook Drive STARKVILLE, MS 39759-4110 | Common | 209 | |
| Carolyn Hawkins 103 Olde Towne Dr BARDSTOWN, KY 40004-8730 | Common | 2,083 | |
| Catherine M Hay Tr Marrion Morris Rev UA 10/10/01 858 La Bonne Pkwy MANCHESTER, MO 63021-7058 | Common | 1,000 | |
| Cathleen Coward 8778 Allison Dr, Unit C ARVADA, CO 80005-4819 | Common | 500 | |

Sheet __1__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re   **American Mortgage Acceptance Company**                                            Case No. _____
                                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cede & Co<br>PO Box 20<br>Bowling Green Stn.<br>NEW YORK, NY 10274 | Common | 7,672,895 | |
| Cede & Co<br>PO Box 20<br>Bowling Green Stn.<br>NEW YORK, NY 10274 | Preferred | 680,000 | |
| Centerline Holding Company<br>Attn Rosie Vaquero<br>625 Madison Ave., 5th Fl<br>NEW YORK, NY 10022 | Common | 580,498 | |
| Charles David Wilson<br>Mary Bridgit Wilson<br>RR 2 Box 635<br>RIDGELEY, WV 26753 | Common | 500 | |
| Charles E Edmonds<br>19044 Toepfer<br>EAST DETROIT, MI 48021-2755 | Common | 392 | |
| Charles Wickham &<br>Nancy Wickham Jt Ten<br>244 Apple Blosson Dr<br>CAMDEN, DE 19934-1943 | Common | 500 | |
| Cheryl Lynn Tester &<br>Earl Randall Tester<br>HC 60 Box 47A<br>HURLEY, VA 24620 | Common | 1,250 | |
| Christina Heringhaus<br>7 Revere Court<br>WHITING, NJ 08759-1720 | Common | 750 | |
| Clell W Smith<br>1407 Winthorne Drive<br>NASHVILLE, TN 37217-2414 | Common | 67 | |
| David A Lough Ex Est Jean L Brown<br>105 Amelia St<br>FREDERICKSBURG, VA 22401-3801 | Common | 133 | |
| David G Veit<br>1261 Center Road<br>HAVERTOWN, PA 19083-4822 | Common | 600 | |

Sheet __2__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re  **American Mortgage Acceptance Company**                                                        , Case No. _____
                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David M Sizemore Cust<br>James Owen Sizemore UGMA<br>PO Box 653<br>ISOM, KY 41824-0653 | Common | 393 | |
| David Sullivan Balderson<br>522 Hunt Club Blvd 105<br>APOPKA, FL 32703-8184 | Common | 249 | |
| Diann S Payne<br>315 Schultz Creek Rd<br>WEST BLOCTON, AL 35184-3403 | Common | 250 | |
| Donald B May<br>953 Will Allen Rd<br>DECATUR, TN 37322-7229 | Common | 350 | |
| Donald E Bumbernick &<br>Dolores J. Bumbernick<br>1225 Elgin Drive<br>JOHNSTOWN, PA 15904-3717 | Common | 92 | |
| Doris A Bair<br>60 Diamond Rock Rd<br>PHOENIXVILLE, PA 19460-2780 | Common | 799 | |
| Earlene Dean<br>1015 Forrester Way<br>EUGENE, OR 97401-5190 | Common | 625 | |
| Edith R Wolfe<br>7604 Pauline Way<br>KNOXVILLE, TN 37938-4251 | Common | 393 | |
| Edward Degroff Cust Brigitte Degroff<br>40 Moroeau Ave<br>FREEHOLD NJ 7728 | Common | 374 | |
| Elaine L Hopkins<br>414 E H St<br>ELIZABETHTON, TN 37643-3271 | Common | 250 | |
| Elita Mccord<br>510 Mathis Court<br>GOODLETTSVILLE, TN 37072-1239 | Common | 299 | |
| Elmer Edmonds Zelma Edmonds<br>19044 Toepfer<br>EAST DETROIT, MI 48021-2755 | Common | 178 | |

Sheet  3   of   15   continuation sheets attached to the List of Equity Security Holders

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Elmer Hansen & Ethyl Hansen Tr 11/14/90 2792 W Wasatch Street WESTLAKE VLG, CA 91362 | Common | 180 | |
| Elsie J Peters & Helen James Jimmie Fields Jt Ten 865 Westwood Ave JACKSON, TN 38301-4269 | Common | 500 | |
| Erika H J Tornero 38354 S Skyline Dr TUCSON, AZ 85739-1286 | Common | 750 | |
| Eugene E Janoff & Phyllis E Janoff 12/12/90 Janoff Trust 5635 Lancaster Dr SAN DIEGO, CA 92120-4528 | Common | 998 | |
| Eunice G Pafford 111 Ludwig Ave CRESCENT CITY, FL 32112-4731 | Common. | 500 | |
| Eva C Jennings PO Box 41 NARUNA, VA 24576-0041 | Common | 208 | |
| F A Elliott Jr & Mary E Elliott Jt Ten 1091 Cooper Drive DYERSBURG, TN 38024-2888 | Common | 2,502 | |
| Francine G Luckett PO Box 518 LYON, MS 38645-0518 | Common | 1,202 | |
| Frank Foster 224 Cypress CLARKSDALE, MS 38614-2606 | Common | 766 | |
| Frank W Aderholdt Jr 2309 Arcadia Street HATTIESBURG, MS 39402-2508 | Common | 2,025 | |
| G Neil Yates 700 Bates Road ELIZABETHTOWN, KY 42701-6501 | Common | 167 | |
| Gary C Floam & Judith M Floam Jt Ten 3300 Marnat Rd PIKESVILLE, MD 21208-4507 | Common | 100 | |

Sheet __4__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re  American Mortgage Acceptance Company                              , Case No. _____
                                                 Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gary Mcmullin<br>5433 Lakefront Dr<br>CINCINNATI, OH 45247-6506 | Common | 23 | |
| Geoffrey Goll Tr<br>Marjorie Mc Cleary Tr<br>Box 92<br>SALEM, OH 44460 | Common | 1,500 | |
| Geoffrey Goll Tr<br>7/13/89 Marjorie McCleary Tr<br>Box 92<br>SALEM, OH 44460-0092 | Common | 8,000 | |
| Geoffrey Goll Tr UA<br>7/13/89 Marjorie McCleary Tr<br>Box 92<br>SALEM, OH 44460-0092 | Common | 500 | |
| George G Dougherty<br>610 State Road<br>SHILLINGTON, PA 19607-1224 | Common | 121 | |
| George P Jahn<br>299 Beale Rd<br>PO Box, 10 12165 | Common | 16,727 | |
| Gloria F Ascroft & Judy A Ascroft &<br>Jane Bain & Joy Kerner Jt Ten<br>869 E Park Avenue<br>EL CAJON, CA 92020-3827 | Common | 299 | |
| Grace Kratz<br>207 W Summit St<br>Apt 231 18964-2056 | Common | 456 | |
| Grace Sundstrom<br>108 Shipcarpenter Street<br>LEWES, DE 19958-1210 | Common | 1,000 | |
| Gretchen Vanburen<br>2212 Cloverfield Blvd<br>SANTA MONICA, CA 90405-1821 | Common | 375 | |
| Harlon Griffin Francis F Griffin<br>713 Douglas Dr<br>LAWRENCEBURG, TN 38464-2764 | Common | 600 | |
| Harriette W Wade<br>PO Box 102<br>MADISON, GA 30650-0102 | Common | 320 | |

Sheet __5__ of __15__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

In re  **American Mortgage Acceptance Company**                                        Case No. _____
                                                                 Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Harry Levine<br>147 Crestview Dr<br>PRINCETON NJ 8540 | Common | 28,413 | |
| Henry S Richards & Betty T Richards<br>Joint Rev Living Tr UA 04/11/0<br>2633 Windemere Dr<br>NASHVILLE, TN 37214-1741 | Common | 1,200 | |
| Highways Inc Profit Sharing Plan<br>PO Box, 96 37024-0096 | Common | 587 | |
| Hope W Asrelsky<br>605 Water Street #7a<br>NEW YORK, NY 10002-8027 | Common | 403 | |
| Iris Dover & James Dover Jr Jt Ten<br>26230 Cove Dr<br>ORANGE BEACH, AL 36561-3571 | Common | 1,500 | |
| J Reuben Dubrow<br>3903 Kemp Street<br>CHATTANOOGA, TN 37411-2913 | Common | 391 | |
| Jack Dotson Betty Dotson<br>2405 Woodson Drive<br>KNOXVILLE, TN 37920-2955 | Common | 500 | |
| Jack M Coville<br>282 E Main Road<br>CONNEAUT, OH 44030-2752 | Common | 1,250 | |
| James A Nyman &<br>Joyce M Nyman Jt Ten<br>44 East Ave<br>MILLINOCKET, ME 04462-1834 | Common | 10 | |
| James A Smith<br>52 Stonegate Village<br>QUAKERTOWN, PA 18951-2341 | Common | 541 | |
| James E Dobbs<br>8422 Countrywood Ct<br>NEWBURGH, IN 47630-9309 | Common | 250 | |
| James Monty Stevens<br>Linda A. Stevens<br>565 Costa Blanca<br>EL PASO, TX 79932-1964 | Common | 425 | |

Sheet __6__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re   American Mortgage Acceptance Company                              , Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James R Shirck<br>11005 Spear Oak Cove<br>AUSTIN, TX 78759-7042 | Common | 443 | |
| James Shavick<br>R W Shavick Avenue<br>5560 Ruthwood Dr<br>CALABASAS, CA 91302-1046 | Common | 500 | |
| James W Mcbride<br>PO Box 113<br>OLGA, WA 98279-0113 | Common | 895 | |
| Jean S Pilgrim<br>116 Centro St<br>CHATTANOOGA, TN 37419-1704 | Common | 250 | |
| Jeffrey M Freedman<br>3 Tuscany Way<br>MOUNT LAUREL, NJ 08054-4828 | Common | 377 | |
| Jeremiah K Kistler &<br>Claire D Kistler Jt Ten<br>107 Maron Rd<br>HATFIELD, PA 19440-1134 | Common | 700 | |
| Jerry Ann Burnett<br>851 Michele Circle<br>DUNEDIN, FL 34698-6131 | Common | 424 | |
| Jerry L Sanderson<br>4721 Ramblewood Dr<br>GREENSBORO, NC 27406-8346 | Common | 1,205 | |
| Joann Conley &<br>Joan M. Clayton Jt Ten<br>201 W Love Lane<br>NORWOOD, PA 19074-1009 | Common | 1,750 | |
| John C Dean<br>55 Cooke St<br>PAWTUCKET, RI 02860-6113 | Common | 625 | |
| John C Johnson &<br>Georgene Johnson Jt Ten<br>7468 Twin Brook Dr<br>CHATTANOOGA, TN 37421-1850 | Common | 250 | |
| John E Stanley<br>2055 E 65th St<br>BROOKLYN, NY 11234-5913 | Common | 1,600 | |

Sheet __7__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re    American Mortgage Acceptance Company    ,    Case No. _____
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Esworthy<br>112 Christiana Ave<br>GAP, PA 17527 | Common | 1,000 | |
| John Griffin & Dorothy Griffin Tr<br>Griffin Liv Trust UA 03/08/95<br>1703 North Loop 1604 West<br>Apt 10107 78258-3905 | Common | 875 | |
| John Purney<br>7324 West Devon<br>CHICAGO, IL 60631-1954 | Common | 100 | |
| Jonathan Levin<br>4628 Green Valley Rd<br>SUISUN, CA 94586 | Common | 50 | |
| Joseph F Fyock &<br>Patricia M Fyock Jt Ten<br>315 Orchard St<br>JOHNSTOWN, PA 15905-2731 | Common | 2,000 | |
| Judith M Busch Tr, Busch<br>2002 Rev TR UA 11/01/02<br>73 Via Colinas<br>WESTLAKE VILLAGE, CA 91362-5003 | Common | 125 | |
| Judy Ormsby<br>3500 Pinecrest Drive<br>GASTONIA, NC 28056-9234 | Common | 500 | |
| Julie E Rosell<br>5252 Winding Way<br>SARASOTA, FL 34242-1848 | Common | 800 | |
| Karen D Sizemore Cust<br>Charles Donour Sizemore UGMA<br>PO Box 611<br>WHITESBURG, KY 41858 | Common | 393 | |
| Kathleen K Benson<br>3716 Keowee Ave Apt C<br>KNOXVILLE, TN 37919-7910 | Common | 382 | |
| Kenneth R Barnett<br>4625 Us Highway 224<br>WILLARD, OH 44890-9262 | Common | 750 | |
| Kimberly Hirmes<br>25 Wood Lane<br>WOODSBURGH, NY 11598-2230 | Common | 50 | |

Sheet __8__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re     American Mortgage Acceptance Company                     ,     Case No. _____
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Larry E Pulz & Linda B Pulz Jt Ten<br>401 Eagle Ridge<br>ROANOKE, VA 24012-9043 | Common | 78 | |
| Lavonne Watkins<br>1510 W Georgia Dr<br>PHOENIX, AZ 85015-3053 | Common | 600 | |
| Leland W Beal &<br>Alma B Beal Ten Com<br>3601 S Adams Rd Apt 107<br>ROCHESTER, MI 48309-5003 | Common | 500 | |
| Linda J Whitsett<br>5909 Berkshire Court<br>ALEXANDRIA, VA 22303-1632 | Common | 250 | |
| Linda Shoffner<br>1872 Flint Hill Road<br>SONORA, KY 42776-9333 | Common | 167 | |
| Lois K Bucher<br>78 St John's Road<br>CAMP HILL, PA 17011-6942 | Common | 362 | |
| Luis Alfonso Amparan &<br>Rosalie Amparan Jt Ten<br>7024 San Marino<br>EL PASO, TX 79912-1505 | Common | 1 | |
| Mabel L Gerhart Tr UA<br>09/03/1999 Mabel L Gerhart Tr<br>1531 Ridge Rd<br>PERKASIE, PA 18944-2224 | Common | 284 | |
| Mae Halier<br>2001 Harrisburg Pike Apt 401<br>LANCASTER, PA 17601-2641 | Common | 333 | |
| Mae Kehlenbrink Tr<br>William H Kehlenbrink<br>228 Sanders Ferry Rd #a17<br>HENDERSONVILLE, TN 37075-5000 | Common | 1,999 | |
| Magdalen E Walker<br>2648 Rice Paddy Drive<br>CLEAR WATER, FL 33764-1033 | Common | 249 | |
| Marilou Tucker<br>420 Andover Ct<br>COOKEVILLE, TN 38501-3043 | Common | 750 | |

Sheet  9  of  15  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re  **American Mortgage Acceptance Company**  ,  Case No. _____
            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Marilyn M Horton<br>PO Box 1237<br>CALIFORNIA, MD 20619-1237 | Common | 350 | |
| Marsha S Mccutchen<br>686 Craig Dr<br>LAWRENCEVILLE, GA 30045-4764 | Common | 270 | |
| Martin Jones Nancy J Jones<br>1690 Point Marion Rd<br>MORGANTOWN, WV 26508-1455 | Common | 295 | |
| Mary A Oldham<br>401 W North St<br>AJO, AZ 85321-2154 | Common | 100 | |
| Mary K Kulp<br>3169 County Line Rd<br>CHALFONT, PA 18914-3711 | Common | 1,450 | |
| Matthew S Day Annabel Day<br>3039 Michael Ave<br>SHREWSBURY, WV 25015-1849 | Common | 55 | |
| Mildred B Talley<br>628 Valley Bridge Rd<br>CHATTANOOGA, TN 37415-3917 | Common | 600 | |
| Mildred M Roessler<br>511 Deer Creek Dr<br>OXFORD, MS 38655-8540 | Common | 1,250 | |
| Morton Goldman<br>575 Oaks Lane Apt 601<br>POMPANO BEACH, FL 33069-3737 | Common | 112 | |
| Nancy Carol Gibson<br>1690 Point Marion Rd<br>MORGANTOWN, WV 26508-1455 | Common | 89 | |
| Naomi L Hamilton<br>603 West Clivepen Street<br>PHILADELPHIA, PA 19119 | Common | 1,551 | |
| Nicholas Demaria<br>Box 238<br>SAYLORSBURG, PA 18353-0238 | Common | 4,000 | |
| Omer E Perryman<br>1310 Bales Dr<br>MORRISTOWN, TN 37814-6102 | Common | 621 | |

Sheet __10__ of __15__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re   American Mortgage Acceptance Company                              Case No. _____
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Patricia M Berry & John H Berry Ten Com 4222 Edgewood Ct. OWENSBORO, KY 42303 | Common | 1,108 | |
| Patricia Morris 347 Parrish Street BREMEN, GA 30110-1727 | Common | 324 | |
| Paul Adams 92 Steep Hollow Dr GLASTONBURY, CT 06033-4179 | Common | 112 | |
| Paul E Matthews 2825 Rolling Hills Drive Nw CLEVELAND, TN 37312-2267 | Common | 500 | |
| Paul E Matthews & Janice L Matthews Jt Ten 2825 Rolling Hills Drive NW CLEVELAND, TN 37312-2267 | Common | 250 | |
| Paula A Holly 256 Nightingale Dr COLUMBUS, GA 31906 | Common | 4,000 | |
| Pauline C Ball 10000 Forest Village Ln LOUISVILLE, KY 40223-5114 | Common | 761 | |
| Pearl M Bolger 1317 Rivermist Drive Sw LILBURN, GA 30047-7514 | Common | 1,250 | |
| Pete Overby 274 Quesinberry Rd EDEN, NC 27288-8027 | Common | 1,000 | |
| Phebe W Shinn & George W Shinn Jt Ten 416 S 43rd Street PHILADELPHIA, PA 19104-3935 | Common | 404 | |
| Rachel Leigh Brandon 7420 Harness Drive NASHVILLE, TN 37221-1814 | Common | 240 | |
| Ralph B Urmy & Jean M Urmy Ten Com 3005 Forest Dr COOPERSBURG, PA 18036-9266 | Common | 214 | |

Sheet __11__ of __15__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

In re    American Mortgage Acceptance Company                    ,    Case No. _____
                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ralph Maxwell Jean Maxwell<br>411 N Middletown Road<br>E-126 19063-4404 | Common | 1,100 | |
| Ralph Whaley &<br>Edena Whaley Ten Com<br>177 Anchor Dr<br>ROSSVILLE, GA 30741-6809 | Common | 200 | |
| Richard A Bettendorf &<br>Andrea D Bettendo<br>1336 W Emerald Way<br>MUSTANG, OK 73064-2095 | Common | 200 | |
| Richard Lee Lawrence Tr<br>Julie H Lawrence<br>1031 First Street<br>ROANOKE, VA 24016-4401 | Common | 1,000 | |
| Richard Lee Lawrence Tr<br>David Denton Lawrence<br>1031 First Street<br>ROANOKE, VA 24010 | Common | 275 | |
| Richard T Fox<br>4001 Middlebrook Pike<br>KNOXVILLE, TN 37921-5523 | Common | 390 | |
| Rita L Helton<br>1662 Crossgate Drive<br>BIRMINGHAM, AL 35216-3187 | Common | 2,075 | |
| Rita Sklar<br>1048 W Baltimore Pike<br># A306 19063-5149 | Common | 200 | |
| Robert A Spaulding Tr<br>Spaulding Tr 1 UA 12/01/94<br>703 Marshall Lane<br>BLOOMINGTON, IL 61701-9539 | Common | 2,600 | |
| Robert B Rector &<br>Fonda N Rector Jt Ten<br>4410 Blevins Gap Road<br>LOUISVILLE, KY 40272-1858 | Common | 1,471 | |
| Robert Oechsle<br>6330 East Valley Green Road<br>FLOURTOWN, PA 19031-1641 | Common | 850 | |

Sheet __12__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re  American Mortgage Acceptance Company , Case No. _____
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert Patterson Henry Ex Est Elsie Lou Est Elsie L Robinson Henry Wol 4956 Balerma Church Road SPARTA, GA 31087 | Common | 3,530 | |
| Ronald A Petticoffer & Jane M Petticoffeer Jt Ten 800 Squires Ave ENDICOTT, NY 13760-1746 | Common | 200 | |
| Ronald Busch 17402 Chatsworth St #102 GRANADA HILLS, CA 91344-5729 | Common | 125 | |
| Ronald Cook Per Rep Susan Stein Cook Per Est Frances L Stein 4185 Beeman Rd WILLIAMSTON, MI 48895 | Common | 750 | |
| Ronald S Maisenhalter Louise Maisenhalter 2412 Stony Garden Road KINTNERSVILLE, PA 18930-9560 | Common | 258 | |
| Roy Saunders & Margo G Saunders Jt Ten 3590 S Ocean Blvd Apt 605 PALM BEACH, FL 33480-5750 | Common | 500 | |
| Ruth P Allen 1783 Wilshire Drive CHARLESTON, SC 29407-3129 | Common | 307 | |
| Scott Mannes 11 Charter Ct BASKING RIDGE, NJ 07920-2699 | Common | 24,321 | |
| Servo Instrument Corporation Box 366 BARABOO, WI 53913-0366 | Common | 500 | |
| Sharon Marie Hurley & Sandra Sue Dotson 2926 Guesses Fork Rd HURLEY, VA 24620 | Common | 1,888 | |
| Sheryl Reisman 203 Sunshine Lakes Drive VOORHEES, NJ 08043-2851 | Common | 1,250 | |
| SNI Securities LP Finance Dept One Sni Plaza 212 7th St, NE 22902 | Common | 1 | |

Sheet  13  of  15  continuation sheets attached to the List of Equity Security Holders

In re  American Mortgage Acceptance Company , Case No. _____
                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stanley Perla<br>54 Havenwood Drive<br>LIVINGSTON, NJ 07039-3320 | Common | 37,186 | |
| Starlin Dotson &<br>Sandra Sue Dotson Ten Com<br>2926 Guesses Fork Road<br>HURLEY, VA 24620-9719 | Common | 968 | |
| Stephen V Samouhos<br>151 Whitebridge Rd<br>PITTSTON, NJ 08867-4129 | Common | 35 | |
| Sue N Hatcher<br>23 Dora Trail<br>RIDGEWAY, VA 24148-3453 | Common | 500 | |
| Susan Adams<br>3402 Marlinspike Dr<br>TAMPA, FL 33607-5855 | Common | 209 | |
| Susan F Drake<br>Box 7501<br>MARSHVILLE, NC 28103 | Common | 2,500 | |
| Susan Marie Klas<br>20320 Hunters Knoll<br>CASTRO VALLEY, CA 94552-5000 | Common | 400 | |
| Theodore M Swingle<br>206 West Daytona Dr<br>CHATTANOOGA, TN 37415-2108 | Common | 4,017 | |
| Theodore R Kulp<br>3169 County Line Rd<br>CHALFONT, PA 18914-3711 | Common | 1,450 | |
| Thomas G Kilpatrick<br>2305 Wiltshire Dr<br>BOOTHWYN, PA 19061-3652 | Common | 1,500 | |
| Vincent J Defelice &<br>Shirley A Defelice<br>2071 N Line St<br>LANSDALE, PA 19446-1566 | Common | 3,400 | |
| Walter Kirkland Charlene Kirkland<br>1810 Kirkland Rd<br>WATKINSVILLE, GA 30677-3130 | Common | 644 | |

Sheet __14__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re   **American Mortgage Acceptance Company**                                          , Case No. _____
                                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Walter M Green<br>PO Box 66<br>BRENT, AL 35034-0066 | Common | 125 | |
| Wanda Mcmullin<br>5555 N Dupont Ave C-74<br>MADISON, TN 37115 | Common | 67 | |
| Wendy J Thompson<br>242 Cupola Rd<br>HONEYBROOK, PA 19344-1737 | Common | 733 | |
| Wilfredo A Aviles<br>1313 E 6th Street<br>WESLACO, TX 78596-6601 | Common | 5,000 | |
| William A Gouder &<br>Doris D Gouder Ten Co<br>1717 Mulmar St<br>CHARLESTON, SC 29407-3621 | Common | 300 | |
| William B Riley Jr<br>1 Sweetwater Court<br>SUGAR LAND, TX 77479 | Common | 163 | |
| William Bruce Parrish<br>3274 Lakewood Drive<br>CAPE GIRARDEAU, MO 63701-1925 | Common | 977 | |
| William E Newman &<br>Elizabeth A Newman Jt Ten<br>1243 Monastery Dr<br>LATROBE, PA 15650-2726 | Common | 125 | |
| William G Gartner<br>922 Green Street<br>PERKASIE, PA 18944-2862 | Common | 543 | |
| Willis J Reynolds &<br>Inez L Reynolds Jt Ten<br>6217 Millbrook Rd<br>BRENTWOOD, TN 37027-4911 | Common | 4,000 | |

Sheet __15__ of __15__ continuation sheets attached to the List of Equity Security Holders

In re     **American Mortgage Acceptance Company**                                    , Case No. _____
                                           Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 26, 2010**                              Signature **/s/ Robert L. Levy**
                                                                  **Robert L. Levy**
                                                                  **President and CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C §§ 152 and 3571.